425 A.2d 8

Commonwealth v. Murgerson, Appellant.

Submitted March 23, 1979. Robert G. Mozenter, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

425 A.2d 9

Commonwealth v. Nealon, Appellant.

Submitted September 13, 1979. John Mercuri, Assistant Public Defender, for appellant; Ernest D. Preate, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.